# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LISA M. SWEDREN, | ) | CASE NO. 5:24-CV-00796 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JAMES E. |
| | ) | GRIMES, JR. |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | **OPINION AND ORDER ADOPTING** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendants. | ) | **RECOMMENDATION** |

On May 3, 2024, Plaintiff Lisa M. Swedren filed a Complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny her application for a period of disability and Supplemental Security Income. (ECF No. 1). On December 3, 2024, Magistrate Judge James E. Grimes, Jr. issued a Report and Recommendation ("R&R") recommending that the Court VACATE the Commissioner's decision and REMAND these proceedings consistent with the R&R. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a R&R within fourteen (14) days after service. As of the date of this Order, 14 days have passed and Plaintiff has not objected to the R&R. In its December 10, 2024 filing, Commissioner indicated that she does not object to the R&R. (ECF No. 12).

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the Report and Recommendation to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt a R&R without further review. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

1

2

Accordingly, the Court **ADOPTS** Magistrate Judge Grimes's R&R, incorporating it fully herein by reference, **VACATES** the Commissioner's final decision, and remands these proceedings consistent with the R&R.

**IT IS SO ORDERED.**

Date: January 6, 2025

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**